UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHILLIP C. ROGERS,

    Plaintiff,                                     Case No. 1:17-cv-561

v.                                                  Hon. Janet T. Neff

CHECK INTO CASH, INC.,

    Defendant.
_____/

NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff files this Notice of Dismissal, to dismiss this lawsuit, with prejudice.

Dated: June 30, 2017                                      /s/ Phillip C. Rogers
                                                             Phillip C. Rogers (P34356)
                                                             6140 28th Street SE, Suite 115
                                                             Grand Rapids, Michigan 49546-6938
                                                             (616) 776-1176
                                                             ConsumerLawyer@aol.com